JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI S.K. YOUNG, | NO. CV 20-10718-ODW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| GAVIN NEWSOM, GOV., ET AL., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 6, 2021.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE